# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

| | |
|---|---|
| ANDRE HALL and JERMAINE MINITEE,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCIAL CORP., *et al.*,<br><br>Defendants. | Case No: 1:22-cv-857-PTG-JFA |

## DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants Capital One Financial Corporation, the Board of Directors of Capital One Financial Corporation, and the Capital One Financial Corporation Benefits Committee (together, "Defendants"), by their counsel and in accordance with Rule 12(b)(6) of the Federal Rules of Civil Procedure, as well as Local Civil Rule 7, hereby move the Court to dismiss Plaintiffs' Complaint (ECF No. 1) in its entirety and with prejudice.

Defendants set forth the reasons for dismissal in the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Complaint, filed herewith.

Dated: October 17, 2022

Respectfully submitted,

*s/ Matthew J. Sharbaugh*
Matthew J. Sharbaugh, VSB 91219
Frank H. Williams, III (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
T: (202) 739-3000
F: (202) 739-3001
matthew.sharbaugh@morganlewis.com
frank.williams@morganlewis.com

Jeremy P. Blumenfeld (admitted *pro hac vice*)
Jared R. Killeen (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
T: (215) 963-5000
F: (215) 963-5001
jeremy.blumenfeld@morganlewis.com
jared.killeen@morganlewis.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2022, I caused to be served a true and correct copy of the foregoing on the following counsel of record by the Court's CM/ECF system:

Glenn Edward Chappell
Tycko & Zavareei LLP
1828 L St. NW, Suite 1000
Washington, D.C. 20036
gchappell@tzlegal.com

John Claude Roberts
Alec Berin
James Craig Shah
Miller Shah LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
jcroberts@millershah.com
aberin@millershah.com
jcshah@millershah.com

James Edward Miller
Miller Shah LLP
65 Main Street
Chester, CT 06412
jemiller@millershah.com

*Counsel for Plaintiffs*

*s/ Matthew J. Sharbaugh*
Matthew J. Sharbaugh, Esq.
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 739-5623
Fax: (202) 739-3001
matthew.sharbaugh@morganlewis.com