IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ANDRE HALL, *et al.*,<br>      Plaintiffs,<br><br>v.<br><br>CAPITAL ONE FINANCIAL<br>CORPORATION, *et al.*,<br>      Defendants. | No. 1:22-cv-00857 (MSN/JFA) |

### ORDER

This matter comes before the Court on Defendants' Motion to Dismiss (Dkt. No. 21). Having reviewed the motion, opposition, reply thereto, arguments of counsel, and for the reasons stated in open court, it is hereby

**ORDERED** that Defendants' Motion to Dismiss (Dkt. No. 21) is **GRANTED**. It is further

**ORDERED** that the Complaint (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE** with leave to file an amended complaint within **fourteen (14) days** of the date of this Order.

It is **SO ORDERED**.

                                                                               /s/<br>
                                                           Michael S. Nachmanoff<br>
                                                           United States District Judge

                                                           Hon. Michael S. Nachmanoff<br>
                                                           United States District Judge

Alexandria, Virginia
December 1, 2022